ORIGINAL                                                                                                    ORIGINAL

Law Offices of Beles & Beles
Manisha Daryani Bar no. 272992
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690
beleslaw@yahoo.com

Attorneys for *Defendant* VICENTE ARELLANO-BUENROSTRO

United States District Court
for the Northern District of California
San Francisco Courthouse

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br>vs.<br><br>VICENTE ARELLANO-BUENROSTO AND JUAN ARELLANO,<br><br>*Defendants*. | No. 22-CR-191-JSC<br><br>UNOPPOSED MOTION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE |

**UNOPPOSED MOTION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE**

Defendants Vicente Arellano-Buenrosto and Juan Arellano respectfully move this Court to modify their conditions of pretrial release to permit Mr. Juan Arellano to attend the baptism of the son of Mr. Vicente Arellano-Buenrosto. The baptism is scheduled for June 4, 2022 at 11:00 am at Saint Joseph Catholic Church in Mountain View.

Specifically, the defendants request that the Court modify the conditions as follows:

1) Mr. Vicente Arellano-Buenrosto and Mr. Juan Arellano are permitted to have contact with each other in the days leading up to and including the baptism on June 4, 2022, which shall include in-person and telephonic contact. However, during this time, Mr. Vicente Arellano-Burenrosto and Mr. Juan Arellano are not permitted to discuss the instant case with each other.

2) Mr. Juan Arellano is permitted to attend the baptism in Mountain View, California on June 4, 2022 at the specific address already provided to the supervising pre-trial services officer. Mr. Juan Arellano is also permitted to attend the dinner after the ceremony at the home of Mr. Vicente Arellano-Buenrosto.

The Assistant United States Attorney, Zachary Abrahamson, does not object to this motion. Additionally, Pre Trial Services has no objection to this motion.

All other conditions of pretrial release are to remain the same.

DATE: June 2, 2022                    ____/s/ Manisha Daryani_____
                                       MANISHA DARYANI
                                       Attorney for VICENTE ARELLANO-BUENROSTRO

DATE: June 2, 2022                    _____/s/ Shaffy Moeel_____
                                       SHAFFY MOEEL
                                       Attorney for JUAN ARELLANO

### [PROPOSED] ORDER

Based upon the facts set for in the instant motion, IT IS HEREBY ORDERED that each of the defendants' terms of pretrial release shall be modified as requested above. IT IS SO ORDERED.

DATED: _____        _____
                                       SALLIE KIM
                                       United States Magistrate Judge